[No. 7119.   Decided February 13, 1908.]

SPOKANE FALLS & NORTHERN RAILWAY COMPANY, *Respondent*, v. STEVENS COUNTY *et al.*, *Appellants*.[3]

Appeal from a judgment of the superior court for Stevens county, Sullivan, J., entered September 23, 1907.   Affirmed.

*The Attorney General, J. A. Rochford*, and *John P. Judson*, for appellants.

*M. J. Gordon* and *A. J. Laughon*, for respondent.

[1]Reported in 93 Pac. 210.
[2]Reported in 93 Pac. 326.
[3]Reported in 93 Pac. 927.

PER CURIAM.—The complaint in this case is in all material respects similar to the complaint considered by this court in *Great Northern R. Co. v. Snohomish County, ante* p. 478, 93 Pac. 924. There the demurrer to the complaint was sustained, while in this case the demurrer was overruled. In that case the plaintiffs' stood on their complaint, while in this case the defendants stood on their demurrer. For the reasons stated in the opinion just filed, the judgment of the court below is affirmed.